UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BP EXPLORATION & PRODUCTION INC., *et al*, <br><br>   Plaintiffs, <br> VS. <br><br> GINA MCCARTHY, *et al*, <br><br>   Defendants. | § § § § § § § § § § § <br> CIVIL ACTION NO. 4:13-CV-2349 |

## ORDER OF DISMISSAL

In accordance with the Voluntary Notice of Dismissal filed on March 20, 2014 (docket entry no. 64), this action is **DISMISSED** with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

**SIGNED** on this 24th day of March, 2014, at Houston, Texas.

_____
**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**